IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZACARIAS DELGADO,

    Plaintiff

v.                                  CIVIL NO. 98-1686 (SEC-JAC)

AUTOS VEGA, INC., et al.,

    Defendants

## FINAL PRETRIAL CONFERENCE REPORT

At the Final Pretrial Conference held on August 25, 1999, the parties were represented by Counsel Ernesto González and Mary Jo Méndez.

The Proposed Pretrial Order (D.E. #18) submitted is approved with the following modifications: (a) the parties were authorized to take two (2) more depositions; (b) all production of documents still owed are to be produced within the next ten (10) days.

The Trial was set for OCTOBER 25, 26, 27, 1999 starting at 8:30 a.m.

The parties are to submit a proposed *voir dire* and proposed jury instructions, no later than three (3) working days prior to the trial.

IT IS SO ORDERED.

San Juan, Puerto Rico, August 30, 1999.

                                          J. ANTONIO CASTELLANOS
                                          UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)