IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZACARIAS DELGADO,

    Plaintiff

    v.                         CIVIL NO. 98-1686 (SEC-JAC)

AUTOS VEGA, INC., et al.,

    Defendants

## TELEPHONE CONFERENCE REPORT

At the Telephone Conference held today, the parties were represented by Counsel Ernesto González and Judith Berkan.

The Trial scheduled for October 25, 26, and 27, 1999 has been rescheduled for JANUARY 18, 19, and 20, 2000 starting at 8:30 a.m., for the following reasons:

1. There is a possibility that this magistrate judge will have to flight on short notice to the Republic of Perú during the week of October 25, 1999, to conduct verification of consent proceedings for two U.S. citizens.

2. Attorney González has already made arrangements with a doctor for a possible vertebrae operation.

3. Counsel Berkan and Méndez have informed that some unforseen calendar conflicts have arisen that will affect the preparation for this trial.

In San Juan, Puerto Rico, this 19th day of October, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE