IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ZACARIAS DELGADO,

Plaintiff(s)

v.                                    Civil No. 98-1686(SEC)

AUTOS VEGA, INC.,
RAFAEL MALAVE,

Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 10-08-99     Docket No. 24     Title:

[ X] Plaintiff(s)     [ ] Defendant(s)     **MOTION IN LIMINE BASED ON RULES 401, 403, 404(B), AND 608**

## ORDER

[ X ] is GRANTED.        Order:

[ ] is DENIED.           No opposition having been filed, the above-mentioned motion is GRANTED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

_01-10-00_
Date

J. Antonio Castellanos
U.S. Magistrate Judge