## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



ZACARIAS DELGADO,

    Plaintiff(s)

    v.                    Civil No. 98-1686(SEC)

AUTOS VEGA, INC.,
RAFAEL MALAVE,

    Defendant(s)

### DESCRIPTION OF MOTION

Date Filed: 12-21-99   Docket No. 26   Title:

**MOTION FOR LEAVE TO MODIFY PROPOSED PRETRIAL ORDER TO INCLUDE A PARTY WITNESS**

[ ] Plaintiff(s)   [x] Defendant(s)

### ORDER

[X] is GRANTED.   **Order:**

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

01-10-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge

