# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED

'00 JAN 28 AM 11: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

ZACARIAS DELGADO,

     Plaintiff(s)

       v.                 Civil No. 98-1686(SEC)

AUTOS VEGA, INC.,
RAFAEL MALAVE,

     Defendant(s)

---

## DESCRIPTION OF MOTION

Date Filed: 01-25-00      Docket No. 35      Title:

**MOTION REQUESTING BRIEF
EXTENSION OF TIME TO FILE
MOTION FOR VOLUNTARY
DISMISSAL.**

[ X] Plaintiff(s)         [ ] Defendant(s)

---

## ORDER

[ X ] is GRANTED.       **Order**:

[   ] is DENIED.        GRANTED until 01-28-00.

[   ] is MOOT.

[   ] is NOTED.

[   ] OTHER.

---

    01-27-00
      Date

                   J. Antonio Castellanos
                   U.S. Magistrate Judge