IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZACARIAS DELGADO,

    Plaintiff

    v.     CIVIL NO. 98-1686 (SEC-JAC)

AUTOS VEGA, INC.,
RAFAEL MALAVEZ,

    Defendants

## ORDER

The Joint Motion for Voluntary Dismissal of February 1, 2000 (D.E. #37), and the Motion for Authorization to File Settlement Agreement of February 3, 2000 (D.E. #38) are GRANTED. The Confidential Settlement Agreement and General Release of February 3, 2000 (D.E. #39), is approved in its entirety. The terms and conditions stipulated are incorporated and made part of this order by reference.

Judgment is to be entered.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of February, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)