IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZACARIAS DELGADO,

    Plaintiff

v.

AUTOS VEGA, INC.,
RAFAEL MALAVEZ,

    Defendants

CIVIL NO. 98-1686 (SEC-JAC)

## JUDGMENT

Having approved the Motion for Voluntary Dismissal (D.E. #37), as well as the Confidential Settlement Agreement and General Release (D.E. #39), the complaint is hereby DISMISSED with prejudice and without the imposition of costs or attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of February, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE